RECEIVED
IN LAKE CHARLES, LA

AUG - 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| DEANO N. KNIGHT | : | DOCKET NO. 2:05-cv-985 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DEPARTMENT OF HOMELAND SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE